FILED

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0068

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 22-0068

MONTANA ENVIRONMENTAL INFORMATION CENTER and SIERRA CLUB,

      Plaintiffs / Appellees,

v.

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, MONTANA BOARD OF ENVIRONMENTAL REVIEW,

      Respondents,

and

WESTMORELAND ROSEBUD MINING, LLC f/k/a WESTERN ENERGY CO., NATURAL RESOURCE PARTNERS, L.P., INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 400, and NORTHERN CHEYENNE COAL MINERS ASSOCIATION,

      Respondent-Intervenors / Appellants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to the authority granted under Mont. R. App. P. 26(1), Appellants Westmoreland Rosebud Mining, LLC, f/k/a Western Energy Co., Natural Resource Partners, L.P., International Union of Operating Engineers, Local 400, and Northern Cheyenne Coal Miners may file and serve its opening brief in this matter on or before April 27, 2022.

ELECTRONICALLY DATED AND SIGNED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 28 2022